**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 15-1139**

_____

In re:  JOSE PEREZ MALDONADO,

          Petitioner.

_____

On Petition for Writ of Mandamus.
(1:12-cv-00357-WO-JLW; 1:09-cr-00125-WO-1)

_____

Submitted:  June 16, 2015          Decided:  June 18, 2015

_____

Before AGEE and KEENAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Petition denied by unpublished per curiam opinion.

_____

Jose Perez Maldonado, Petitioner Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Perez Maldonado petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2012) motion. He seeks an order from this court directing the district court to act. Our review of the district court's docket reveals that the court denied Maldonado's § 2255 motion on April 6, 2015. Accordingly, because the district court has decided Maldonado's case, we deny as moot the amended mandamus petition. We grant leave to proceed in forma pauperis. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED